# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 10-00299-MMM |
| Date | August 23, 2010 |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |
| Interpreter | Gayane V. Hagopian, Armenian; Manushak Avetisyan, Armenian |

| ROEL REYES | MARK SCHWEITZER | JAY H. ROBINSON |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Prsnt | Cust. | Bond | Attorneys for Defendants: | Prsnt | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Vahe Manukyan | ✔ | | ✔ | 2. Shataka Shores Brooks | ✔ | | ✔ |
| 3. Hovsep Hovsepyan | ✔ | ✔ | | 3. Akop Baltayan | ✔ | | ✔ |
| 4. Hayrapet Avetisyan | ✔ | | ✔ | 4. Mark S. Windsor, CJA | ✔ | ✔ | |
| 5. Sergey Mkrtychyan | NOT | | ✔ | 5. Richard Lasting, CJA | ✔ | ✔ | |

**Proceedings:**     STATUS CONFERENCE

Defendant Sergey Mkrtychyan is not present. The court advises counsel that a separate status conference will be reset for Sergey Mkrtychyan. Court and counsel confer regarding case discovery and disposition. The court grants the defendants ten (10) days, from today's date, to enter a plea agreement. As to defendant Hayrapet Avetisyan, the court directs the parties to meet and confer regarding trial preparation by 9:00 a.m., tomorrow. As stated on the record, the government's trial evidence, in excerpted videos/photos, is to be produced by August 30, 2010. The defendant may respond no later than September 1, 2010 to the government's production. In preparation for the trial, the court sets the following schedule:

Joint Jury Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 30, 2010
Voir Dire Questions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 30, 2010
Verdict Forms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 30, 2010
Witness/Exhibit Lists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1st day of trial

The trial is currently set for September 7, 2010 at 8:30 a.m. Counsel are ordered to inform the court if a resolution occurs.

00 : 22